Official Form 417A (12/23)

FILED/REC'D

2025 OCT 24 P 4:37

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

Case No: 25-12193-rmb

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Diana Moon

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Dismissal Doc 25

2. State the date on which the judgment—or the appealable order or decree—was entered:
   10/22/2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Trustee     Attorney: Claire Richman
                               120 W. Wash Ave
                               Suite 850
                               Madison, WI 53703

2. Party: _____     Attorney: _____

Official Form 417A                Notice of Appeal and Statement of Election              page 1

Case 3:25-cv-00574-wmc  Document 5: 1 Filed: 10/27/25  Page 2 of 2
Case 3:25-bk-01925-rmb  Doc 26  Filed 10/24/25  Entered 10/24/25 16:48:33  Desc Main
                              Document      Page 2 of 2

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

> ❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____  Date: 10/24/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Diana Moon
2209 Northport Dr., Apt 21
Madison, WI 53704

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]