IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANA MOON,

    Appellant,

v.

CLAIRE RICHMAN,

    Appellee.

ORDER

Case No. 25-cv-874-wmc

Appellant Diana Moon has filed a notice of appeal of an order of the Bankruptcy Court. Appellant has not paid the $298.00 fee at the Bankruptcy Court for filing an appeal nor has appellant requested leave to proceed without prepayment of the fee. Assuming that appellant wishes to proceed without prepayment of the fee, appellant will be required to complete the enclosed petition and affidavit to determine whether appellant qualifies as indigent. If appellant does not submit this affidavit by December 16, 2025, this case will be dismissed without further notice.

ORDER

IT IS ORDERED that appellant Diana Moon may have until December 16, 2025, in which to submit a completed affidavit of indigency. Appellant is advised that, upon failure to comply as directed or failure show cause, the court will assume that appellant does not wish to proceed and this case will be dismissed.

Entered this 1st day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANA MOON,

    Appellant,

v.

CLAIRE RICHMAN,

    Appellee.

ORDER

Case No.  25-cv-874-wmc

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**    **Personal Information**

1)    Are you employed?                                  ☐ Yes          ☐ No

2)    Are you married?                                    ☐ Yes          ☐ No
      If "Yes," is your spouse employed?          ☐ Yes          ☐ No

3)    Do you have any dependents that you are responsible for supporting?
      ☐ Yes          ☐ No
      If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Income** - If you are married, your answers ***must include your spouse's income.***
(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?     $ _____

2) Provide the name and address of your employer(s):

   _____

3) State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                          Amount

_____        $ _____

_____        $ _____

**III.** **Expenses** - If you are married or have dependents, ***your expenses should also include your household's expenses.***
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or    ☐ Mortgage                $ _____

   Car payment(s)                          $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                  $ _____

2)     Do you have any other *monthly* expenses that you have not already listed?
□ Yes        □ No

If "Yes," list them below:

<u>Expense</u>                                              <u>Amount</u>

_____     $_____

_____     $_____

_____     $_____

3)     What are your total *monthly* expenses?     $_____

**IV.**     <u>**Property**</u> - If you are married, your answers must ***include your spouse's property.***

1)     Do you own a car?     □ Yes        □ No        If "Yes," list car(s) below:

<u>Make and Model</u>                                <u>Year</u>        <u>Approximate Current Value</u>

_____    _____    $_____

_____    _____    $_____

2)     Do you own your home(s)?     □ Yes        □ No

If "Yes," state the approximate value(s).     $_____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?     $_____

3)     Do you have any cash or checking, savings, or other similar accounts?
□ Yes        □ No

If "Yes," state the total of such sums.     $_____

4)     Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

    ☐ Yes     ☐ No

    If "Yes," describe the property and the approximate value(s).

    _____

**V.**     **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

    I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____      _____
Date                                                           **Signature - Signed Under Penalty of Perjury**